UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANVIR SINGH CHEEMA, (A-216-401-983) | No.  1:26-cv-1238 DJC CSK |
| Petitioner, | |
| v. | ORDER |
| CHRISTOPHER CHESTNUT, WARDEN OFTHE DETENTION FACILITY, et al., | |
| Respondents. | |

Petitioner, an immigration detainee proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 30, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Respondents filed objections to the findings and recommendations.

In the objections, respondents cite *Avila v. Bondi*, 2026 WL 819258 (8th Cir. Mar. 25, 2025) and *Buenrostro- Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026), as support for the government's interpretation of 8 U.S.C.  § 1225(b)(2).  Those cases are

1

not binding upon this Court, and this Court finds more persuasive the Seventh Circuit's reasoning in *Castanon-Nava v. U.S. Dep't of Homeland Sec.*, 161 F.4th 1048 (7th Cir. 2025) and the dissent in *Buenrostro-Mendez*, 166 F.4th at 508-521, finding that 8 U.S.C. 1225(b)(2) does not apply to noncitizens who are residing in the United States.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.[1]

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 14) are adopted in full.

2.  Respondents' motion to dismiss (ECF No. 9) is GRANTED and respondents Pamela Bondi, Kristi Noem, Todd Lyons, and Sergio Albarran are dismissed. Respondent Christopher Chestnut is the remaining respondent.

3.  The petition for writ of habeas corpus (ECF No. 1) is GRANTED.

4.  Within seven days of the date of this order, respondents shall provide petitioner Ranvir Singh Cheema (A-216-401-983) with a bond hearing before a neutral arbiter where the respondents will bear the burden of establishing by clear and convincing evidence that petitioner poses a danger to the community or a risk of flight to justify his continued detention.

5.  Given petitioner's pro se status, respondents are directed to file, within seven days after the bond hearing is held, a status report providing an update as to petitioner's status.

////

////

---

[1]  A certificate of appealability is not required for an appeal from the denial of a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241.  *See* 28 U.S.C. § 2253; *Harrison v. Ollison*, 519 F.3d 952 (9th Cir. 2008).

6.  The Clerk of the Court is directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **April 7, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE